ENTERED ON DOCKET 9/16/2
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: Rio Piedras Explosion Litigation | CIVIL CASE  96-2443 (RJW) |
|---|---|
| | CIVIL CASE  98-1572 (RJW) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on March 21, 2002 granting docket entry # 3213, all claims asserted by the SIF in said action are dismissed with prejudice.

In San Juan, Puerto Rico, this 27th day of June, 2002.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk